■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX CORREA, Appellant. [986 NYS2d 372]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Megan Tallmer, J.), rendered on or about January 31, 2011, said appeal having

been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.